# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY URDA<br><br>v.<br><br>DARDEN RESTAURANTS, INC. | CIVIL ACTION<br><br>NO. 18-3282 |

## ORDER

AND NOW, this 18th day of October 2018, for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** as follows:

1. Plaintiff's Motion to Remand (ECF 2) is **GRANTED**; and

2. This case is **REMANDED** to the Court of Common Pleas of Philadelphia County, Pennsylvania.

The clerk shall close this case.

BY THE COURT:

/s/ Michael M. Baylson

**Michael M. Baylson, U.S.D.J.**

O:\CIVIL 18\18-3282 Urda v Darden Restaurants\18cv3282 Order 10182018.docx